Before the Second Division, June 13, 1941

**No. 46058.**—Protests 980842, etc., of Neiman Marcus Co. (Galveston).

Opinion by TILSON, J. It was stipulated that the merchandise consists of embroidered wearing apparel in part of trimmings and lace similar to that the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396). The claim at 75 percent under paragraph 1430 was therefore sustained.